IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 0 5 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN RE: MARIANNE M. HANNIGAN )
)
Ill. Bar No. 06203902 )
7707 West Main St., Suite 4 )   Case No. 15–mc–_10_–MJR
Belleville, IL  62223 )
)
)

## ORDER TO SHOW CAUSE

**REAGAN, Chief Judge:**

Marianne M. Hannigan has moved for general admission to this District Court. Attached to her application is a letter, dated January 6, 2015, indicating she (1) is in good standing with the Supreme Court of Illinois' Attorney Registration and Disciplinary Commission ("ARDC"); (2) has never been disciplined or the subject of a disciplinary proceeding in Illinois; and (3) is not the subject of any pending disciplinary proceeding. While the undersigned has no reason to believe the letter was altered in any way, a cursory search of the ARDC website indicate the letter is inaccurate insofar as it describes Counsel's disciplinary history.

Accordingly, the Court DIRECTS this matter to be opened as a miscellaneous case. It is ORDERED that Counsel SHOW CAUSE why her application to be admitted in this District should not be SUMMARILY DENIED for knowingly submitting a false document. The matter is set for a hearing before the undersigned at the East St. Louis Courthouse, at 3:00 p.m. on Friday, March 13, 2015. The Clerk is DIRECTED to mail this Order to Attorney Hannigan at the above address, and to e-mail her a .pdf copy at stegmeyerlaw@hotmail.com.

IT IS SO ORDERED.
DATE: February 5, 2015

_MReagan_
MICHAEL J. REAGAN
Chief Judge
UNITED STATES DISTRICT COURT

1