UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MOTION FOR GENERAL ADMISSION

Pursuant to Local Rule 83.1(a), the undersigned attorney moves for general admission to the United States District Court for the Southern District of Illinois. In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of Illinois. The state bar number issued to me is #06203902.

Accordingly, I ask to be admitted to practice generally before this court.

Signed on: 12/31/14
at 7707 West Main Street,
Belleville, IL 62223

_____
Marianne M. Hannigan

**FILED**

FEB 02 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS



**RECEIVED**

FEB 0 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## ATTORNEY ADMISSION QUESTIONNAIRE

1. Full Name: Marianne M. Hannigan (Ann)

2. Affiliation/Firm Name: Stegmeyer & Stegmeyer, Ltd.

3. Mailing Address: 7707 West Main Street, Suite 4, Belleville, IL 62223

4. Telephone Number: (618) 398-4895   Fax Number: (618) 398-8992

5. Primary E-mail Address: stegmeyerlaw@hotmail.com

6. Secondary E-mail Address: _____

7. List all federal bar memberships, the date of admission, and your bar identification number, if any.

    | Jurisdiction | Date Admitted | Bar ID Number |
    |---|---|---|
    | ~~FL~~ | | |

8. List all state bar memberships, the date of admission, and your bar identification number, if any.

    | State | Date Admitted | Bar ID Number |
    |---|---|---|
    | ILL. SUPREME COURT | Nov 8, 1990 | 06203902 |

---

United States District Court                           Application for Admission
Southern District of Illinois                                       Page 1 of 3

9. List the undergraduate schools you attended and the degrees you received, if any.

    Schools Attended                          Degrees

    Univ. of Illinois         Juris Doctorate
    Univ. of Illinois         B.S.

10. List the law school(s) you attended, the dates of attendance, and the degree you received, if any.

    Law Schools Attended                      Degrees

    University of Illinois    Juris Doctor

11. Have you read and become familiar with:

    a. the law relating to jurisdiction and venue in a United States District Court?  ☑ Yes ☐ No

    b. the Federal Rules of Civil Procedure?  ☑ Yes ☐ No

    c. the Federal Rules of Criminal Procedure?  ☑ Yes ☐ No

    d. the Federal Rules of Evidence?  ☑ Yes ☐ No

    e. The Model Rules of Professional Responsibility of the American Bar Association or as adopted by the State of Illinois?  ☑ Yes ☐ No

    f. The Standards of Professional Conduct within the Seventh Circuit?  ☑ Yes ☐ No

12. Have you assisted in the preparation of a civil or criminal case for trial?  ☑ Yes ☐ No

    If so, approximately how many times? 20

    Were any of the cases pending in federal court? ☐ Yes ☑ No

13. Have you observed a complete hearing at which testimony was taken on the merits in a United States District Court? ☑ Yes ☐ No

14. Would you be willing to join our pro bono panel of volunteers to represent indigent civil litigants on cases pending in the district? ☑ Yes ☐ No

Applicant's Signature: _/s/ Maurer Hymin_   Date: 12/31/14

---

United States District Court  
Southern District of Illinois

Application for Admission  
Page 3 of 3

AO 153 (Rev. 6/96) MODIFIED SOUTHERN DISTRICT OF ILLINOIS (Rev. 3/2011)

| NAME: (LAST, FIRST, MI) | SOCIAL SECURITY NO. |
|---|---|
| Hannigan, Marianne M | |

## OATH ON ADMISSION

I, Marianne M. Hannigan, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: | SIGNATURE: | BAR I.D. NO. |
|---|---|---|
| 12/31/14 | Marianne Hannigan | 6203902 |

COMPLETE REVERSE SIDE

AO 153 (Rev. 6/96) MODIFIED SOUTHERN DISTRICT OF ILLINOIS (Rev. 3/2011)

| FIRM NAME | | TEL. NO. |
|---|---|---|
| Stegmeyer & Stegmeyer, Ltd. | | 618-398-4895 |
| **FIRM ADDRESS** | | |
| 7707 West Main Street, Suite 4 | | |
| CITY | STATE | ZIP CODE |
| Belleville | IL | 62223 |

Official Seal
Cynthia Ann Stegmeyer
Notary Public State of Illinois
My Commission Expires 03/14/2017

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| Cynthia Stegmeyer | 12/31/14 |
| ADMITTED ON MOTION OF: (Movant) | |



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
## of the
## SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2520

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-5785

Marianne Mann Hannigan
Law Office of M. Anne Hannigan & Associates
339 Radcliff Road
Belleville, IL 62221

Chicago
Tuesday, January 06, 2015

Re: Marianne Mann Hannigan
Attorney No. 6203902

To Whom It May Concern:

We have received a request for written verification of the status of Marianne Mann Hannigan for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Marianne Mann Hannigan was admitted to practice law in Illinois on 11/8/1990; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Lisa Medina
Deputy Registrar

LM