# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: MARIANNE M. HANNIGAN )
)
Ill. Bar No. 06203902 )
7707 West Main Street, Suite 4 ) No. 15-mc-10-MJR
Belleville, IL 62223 )
)

## RESPONSE TO ORDER TO SHOW CAUSE

Now comes the Marianne M. Hannigan and in response to the Order to Show Cause filed by Judge Michael Reagan on February 5, 2015, states as follows:

1. I work part-time and am "of counsel" for the firm of Stegmeyer & Stegmeyer, Ltd. The secretary asked me if I was admitted to the U.S. District Court for the Southern District of Illinois. I replied that I thought I was and she contact the ARDC and asked for a Letter of Good Standing which was submitted to the Southern District Court-Page ID #7 of Order to Show Cause.

2. I received a letter dated February 5, 2015, from Althea K. Welsch, Senior Counsel for the ARDC, copy attached, marked Exhibit "a" which states that Lisa Medina sent me a letter of good standing on January 6, 2015 that included inaccurate and incomplete information.

3. Also attached find letter from Althea K. Welsch, marked Exhibit "b" stating that they received a request for written verification of the status of Marianne Mann Hanningan.

4. There was no intentional misrepresentation on my part. The secretary merely filed the paperwork that was sent to the office. See Exhibit "c"

                                                                 s/sMarianne M. Hannigan
                                                                  7707 West Main Street, Suite 4
                                                                  Belleville, IL 62223
                                                                  (618) 398-4895

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on 10th day of February, 2015.

/s/Marianne Hannigan
Marianne Hannigan



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Marianne Mann Hannigan
7707 W. Main St., #4
Belleville, IL 62223

Chicago
February 5, 2015

Dear Ms. Hannigan:

On January 5, 2015, our Registration Department received your Letter of Good Standing Request Form.

On January 6, 2015, Deputy Registrar Lisa Medina sent you a good standing letter that included inaccurate and incomplete information. I have enclosed a replacement letter which corrects the inaccuracies and omissions in the January 6, 2015 letter. If you have already submitted the prior letter to any Court or admissions review authority, you will need to provide the Court or review authority with the enclosed corrected letter.

I apologize for our error and for the confusion. If you have any questions, I can be reached by telephone at (312) 540-5257.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
Enclosure
MAINLIB_#577501_v1

Exhibit "a"



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Marianne Mann Hannigan
7707 W. Main St., #4
Belleville, IL 62223

Chicago
February 5, 2015

Re:  Marianne Mann Hannigan
ARDC No. 06203902

To Whom It May Concern:

We have received a request for written verification of the status of Marianne Mann Hannigan in connection with the attorney's application for admission to the United States District Court for the Southern District of Illinois. We have also received Ms. Hannigan's Authorization and Waiver.

The records of the Attorney Registration and Disciplinary Commission reflect that Marianne Mann Hannigan was admitted to practice law in Illinois on November 8, 1990, that she is currently registered with the ARDC as an active status attorney, and that she is currently authorized to practice law in Illinois on probationary status.

Effective April 5, 2013, Ms. Hannigan was suspended from the practice of law in Illinois for three years and until further order of the Court, with the suspension stayed after six months by a three-year period of probation. *In re Marianne Mann Hannigan*, Commission No. 2011PR00149.

Additionally, Ms. Hannigan is currently the subject of one pending private and confidential disciplinary investigation. If additional information is needed regarding the pending investigation, please contact ARDC staff attorney Christine P. Anderson at our Chicago office.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
MAINLIB_#577501_v1

Exhibit "b"

February 10, 2015

To Whom It May Concern:

I contacted the United States District Court for the Southern District of Illinois advising them that I was attempting to get a login and password for Ms. Marianne Hannigan for the Southern District of Illinois. They told me to fill out the General Admission Paperwork which I asked Ms. Hannigan about so that I could file same. I then requested a Letter of Good Standing from the ARDC for Ms. Hannigan per the request form online. When I received the letter of Good Standing from the ARDC, I filed same with the Clerk along with the Motion for General Admission and Oath/Admission Card and a filing fee of $226.00.

I did not show Ms. Hannigan the Letter of Good Standing from the ARDC before I filed same. I didn't think it was necessary. I knew we were waiting for it to file her paperwork. There was definitely nothing wrong done intentionally.

                                                  s/s Cynthia Stegmeyer
                                                  Legal Secretary

Exhibit "c"